408 So.2d 207 (1981)
In re FLORIDA RULES OF CRIMINAL PROCEDURE.
No. 58988-B.
Supreme Court of Florida.
October 15, 1981.
PER CURIAM.
Appended to this order is the revised Florida Rule of Criminal Procedure 3.986 relating to uniform judgment and sentence forms.
This Court finds that the uniform application of judgments and sentences is essential to the proper administration of justice in the State of Florida. Thus this Court hereby adopts this revised rule pursuant to Florida Rule of Judicial Administration 2.130(a).
This rule shall govern all proceedings within its scope after midnight, October 31, 1981. This Court respectfully requests that interested parties file any appropriate suggestions or objections on or before December 1, 1981.
The current rule is hereby stricken and the appended language is substituted therefor.
It is so ordered.
SUNDBERG, C.J., and ADKINS, BOYD, OVERTON, ALDERMAN and McDONALD, JJ., concur.

APPENDIX

PROPOSED LANGUAGE FOR RULE 3.986
RULE 3.986 JUDGMENT AND SENTENCE
The following uniform judgment and sentence shall be sufficient. Variation from this form does not void the judgment, sentence, and fingerprints that are otherwise sufficient.
 [] PROBATION VIOLATOR IN THE CIRCUIT COURT, ___________
 (Check if Applicable) JUDICIAL CIRCUIT, IN AND FOR
 _________________ COUNTY, FLORIDA
 DIVISION ________________________
 STATE OF FLORIDA CASE NUMBER _____________________
 -vs-
____________________________
 Defendant
 JUDGMENT
 The Defendant, __________________________, being personally before this
Court represented by _________________, his attorney of record, and having:
 [] Been tried and found guilty of the following crime(s)
(Check Applicable [] Entered a plea of guilty to the following crime(s)
 Provision) [] Entered a plea o'nolo contenders to the following
 crime(s)
 OFFENSE STATUTE DEGREE CASE
COUNT CRIME NUMBER(S) OF CRIME NUMBER
_____ ____________________ __________________ ________ _________
_____ ____________________ __________________ ________ _________
*208
_____ ____________________ __________________ ________ _________
_____ ____________________ __________________ ________ _________
_____ ____________________ __________________ ________ _________
_____ ____________________ __________________ ________ _________
_____ ____________________ __________________ ________ _________
_____ ____________________ __________________ ________ _________
and no cause having been shown why the Defendant should not be adjudicated
guilty. IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the
above crime(s).
 *****************
 The Defendant is hereby ordered to pay the sum of ten dollars ($10.00)
pursuant to F.S. 960.20 (Crimes Compensation Trust Fund). The Defendant is
further ordered to pay the sum of two dollars ($2.00) as a court cost
pursuant to F.S. 943.25(4).
 [] The Defendant is ordered to pay an additional sum
 of two dollars ($2.00) pursuant to F.S. 943.25(8).
 (This provision is optional; not applicable unless
 checked).
(Check if Applicable) [] The Defendant is further ordered to pay a fine in
 the sum of $ __________________ pursuant to F.S.
 775.0835.
 (This provision refers to the optional fine for
 the Crimes Compensation Trust Fund, and is not
 applicable unless checked and completed. Fines
 imposed as part of a sentence pursuant to F.S.
 775.083 are to be recorded on the Sentence
 page(s)).
 [] The Court hereby imposes additional court costs in
 the sum of $ ______________________
Imposition of Sentence [] The Court hereby stays and withholds the
Stayed and Withheld imposition of sentence as to count(s) ____________
(Check if Applicable) and places the Defendant on probation for a period
 of ________________________________ under the
 supervision of the Department of Corrections
 (conditions of probation set forth in separate
 order.)
Sentence Deferred [] The Court hereby defers imposition of sentence
Until Later Date until ________________________________
(Check if Applicable) (date)
 The Defendant in Open Court was advised of his right to appeal from this
Judgment by filing notice of appeal with the Clerk of Court within thirty
days following the date sentence is imposed or probation is ordered pursuant
to this adjudication. The Defendant was also advised of his right to the
assistance of counsel in taking said appeal at the expense of the State upon
showing of indigency.
 FINGERPRINTS OF DEFENDANT
 --------------------------------------------------------------------------
| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|-------------|---------------|---------------|------------|---------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
|-------------|---------------|---------------|------------|---------------|
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |
|-------------|---------------|---------------|------------|---------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
 --------------------------------------------------------------------------
Fingerprints taken by:
_____________________________________________
Name and Title
*209
 DONE AND ORDERED in Open Court at _______ County, Florida, this ______ day
of __________ A.D., 19__. I HEREBY CERTIFY that the above and foregoing
fingerprints are the fingerprints of the Defendant, ______________ and that
they were placed thereon by said Defendant in my presence in Open Court
this date.
 ________________________________________
 JUDGE
 Defendant ____________________
 Case Number __________________
 SENTENCE
 (As to Count _________________)
 The Defendant, being personally before this Court, accompanied by his
attorney, _____________________, and having been adjudicated guilty herein,
and the Court having given the Defendant an opportunity to be heard and to
offer matters in mitigation of sentence, and to show cause why he should not
be sentenced as provided by law, and no cause being shown,
 [] and the Court having on _________________ deferred
 (date)
 imposition of sentence until this date,
(Check either
 provision if [] and the Court having placed the Defendant on
 applicable) probation and having subsequently revoked the
 Defendant's probation by separate order entered
 herein,
 IT IS THE SENTENCE OF THE LAW that;
[] The Defendant pay a fine of $ ___________, plus $ __________ as the 5%
 surcharge required by F.S. 960.25.
[] The Defendant is hereby committed to the custody of the Department of
 Corrections
[] The Defendant is hereby committed to the custody of the Sheriff[*] of
 ____________ County, Florida (Name of local corrections authority to be
 inserted at printing, if other than Sheriff)
To be imprisoned (check one; unmarked sections are inapplicable)
 [] For a term of Natural Life
 [] For a term of _______________________
 [] For an indeterminate period of 6 months to _________ years.
 [] Followed by a period of _______ on probation under
 the supervision of the Department of Corrections
 according to the terms and conditions of
 probation set forth in a separate order entered
if "split" sentence herein.
complete either of
these two paragraphs [] However, after serving a period of _____________
 imprisonment in ____________ the balance of such
 sentence shall be suspended and the Defendant
 shall be placed on probation for a period of
 ___________ under supervision of the Department of
 Corrections according to the terms and conditions
 of probation set forth in a separate order entered
 herein.
 SPECIAL PROVISIONS
By appropriate notation, the following provisions apply to the sentence
imposed in this section:
Firearm  3 year [] It is further ordered that the 3 year minimum
mandatory minimum provisions of F.S. 775.087(2) are hereby imposed
 for the sentence specified in this count, as the
 Defendant possessed a firearm.
Drug Trafficking  [] It is further ordered that the ______ year minimum
mandatory minimum provisions of F.S. 893.135(1)()() are hereby
 imposed for the sentence specified in this count.
Retention of [] The Court pursuant to F.S. 947.16(3) retains
Jurisdiction jurisdiction over the defendant for review of any
 parole Commission release order for the period of
 ________. The requisite findings by the Court are
 set forth in a separate order or stated on the
 record in open court.
Habitual Offender [] The Defendant is adjudged a habitual offender and
 has been sentenced to an extended term in this
 sentence in accordance with the provisions of
 F.S. 775.084(4)(a). The requisite findings by
 the court are set forth in a separate order or
 stated on the record in open court.
*210
Jail Credit [] It is further ordered that the Defendant shall be
 allowed a total of ___________ credit for such
 time as he has been incarcerated prior to
 imposition of this sentence. Such credit reflects
 the following periods of incarceration (optional):
Consecutive/Concurrent It is further ordered that the sentence imposed
 for this count shall run [] consecutive to []
 concurrent with (check one) the sentence set
 forth in count ____________ above.
Consecutive/Concurrent It is further ordered that the composite term of
(As to other all sentences imposed for the counts specified in
convictions) this order shall run [] consecutive to []
 concurrent with (check one) the following:
 [] Any active sentence being served.
 [] Specific sentences: ___________________________
 ______________________________________________
 ______________________________________________
 ______________________________________________
 In the event the above sentence is to the Department of Corrections, the
Sheriff of __________________ County, Florida is hereby ordered and directed
to deliver the Defendant to the Department of Corrections together with a
copy of this Judgment and Sentence.
 The Defendant in Open Court was advised of his right to appeal from this
Sentence by filing notice of appeal within thirty days from this date with
the Clerk of this Court, and the Defendant's right to the assistance of
counsel in taking said appeal at the expense of the State upon showing of
indigency.
 In imposing the above sentence, the Court further recommends _____________
____________________________________________________________________________
____________________________________________________________________________
____________________________________________________________________________
____________________________________________________________________________
 DONE AND ORDERED in Open Court at _______________ County, Florida, this
____________ day of ___________ A.D., 19__.
 _________________________________________
 JUDGE